David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ZACHARY J. P. BAGDASARIAN*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ZACHARY J. P. BAGDASARIAN,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR CREDIT CO.; VW CREDIT INC.; WELLS FARGO DEALER SERVICES; KAY JEWELERS; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>Defendants. | **Case No. 2:17-cv-01481-RFB-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION, LLC</u> ONLY** |

Plaintiff ZACHARY J. P. BAGDASARIAN and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 12, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Jason Revzin, Esq.
Jason Revzin, Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
*Attorney for Defendant*
*TRANS UNION, LLC*

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of October, 2017.