David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ZACHARY J. P. BAGDASARIAN*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ZACHARY J. P. BAGDASARIAN,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR CREDIT CO.; VW CREDIT INC.; WELLS FARGO DEALER SERVICES; KAY JEWELERS; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,,<br><br>Defendants. | Case No. 2:17-cv-01481-RFB-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO WELLS FARGO CARD SERVICES and WELLS FARGO DEALER SERVICES ONLY** |

Plaintiff ZACHARY J. P. BAGDASARIAN and Defendant WELLS FARGO CARD SERVICES and WELLS FARGO DEALER SERVICES hereby stipulate and agree that the above-entitled

…

…

…

…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO CARD SERVICES and WELLS FARGO DEALER SERVICES**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 9, 2017

| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff*<br>*ZACHARY J. P. BAGDASARIAN* | By:<br>/s/ Kelly H. Dove, Esq.<br>Kelly H. Dove, Esq.<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169-5958<br><br>*Attorney for Defendant*<br>*WELLS FARGO CARD SERVICES and*<br>*WELLS FARGO DEALER SERVICES* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of November, 2017.